UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CLIFFORD DAMIANO,

                Plaintiff,

        v.                            1:08-CV-1247
                                            (FJS/GHL)
MICHAEL J. ASTRUE, in his official capacity as
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.
_____

**APPEARANCES:**                           **OF COUNSEL:**

LEGAL AID SOCIETY OF              MARY MARTHA WASHINGTON, ESQ.
NORTHEASTERN NEW YORK
Counsel for Plaintiff
112 Spring Street, Suite 109
Saratoga Springs, NY   12866

SOCIAL SECURITY ADMINISTRATION    VERNON NORWOOD, ESQ.
Office of Regional General Counsel - Region II    Special Assistant U.S. Attorney
Counsel for Defendant
26 Federal Plaza - Room 3904
New York, New York   10278

**FREDERICK J. SCULLIN, S.D.J.**:


### DECISION AND ORDER

      Presently before the Court is Magistrate Judge George H. Lowe's June 7, 2010 Report

and Recommendation in which he recommends that the decision of the Commissioner of Social

Security be remanded to the agency for further consideration, and the Court having reviewed the

Report and Recommendation and the entire file in this matter and no objections to said Report

and Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge George H. Lowe on June 7, 2010 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that the decision of the Commissioner of Social Security is **VACATED** and the matter is **REMANDED** to the agency for further consideration.

**IT IS SO ORDERED**.

Dated: June 25, 2010
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge