# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CLIFFORD DAMIANO**

    vs.                  **CASE NUMBER: 1:08-CV-1247 (FJS/GHL)**

**MICHAEL J. ASTRUE, in his Official Capacity as Commissioner of Social Security Administration**

**Decision by Court.**   This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendations of Magistrate Judge George H. Lowe is accepted in its entirety, therefore the decision of the Commissioner of Social Security is REVERSED, the Commissioner's determination of no disability is VACATED and the matter is REMANDED to the agency for further consideration.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 25th day of June, 2010.

DATED: June 25, 2010

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk